39205.  BANKERS FIDELITY LIFE INSURANCE
COMPANY v. STEGINS.
39211.  BANKERS FIDELITY LIFE INSURANCE
COMPANY v. MORGAN.
39213.  BANKERS FIDELITY LIFE INSURANCE
COMPANY v. WATERS.
39215.  BANKERS FIDELITY LIFE INSURANCE
COMPANY v. HAGAN.

Custer, Judge. These cases being controlled by *Bankers Fidelity Life Ins. Co. v. Morgan*, ante, the judgment of the trial court overruling the general demurrer to the petition and sustaining certain demurrers to the answer is

*Affirmed. Carlisle, P. J., and Eberhardt, J., concur.*

Decided November 17, 1961—Rehearing denied November 30, 1961.

*Sam F. Lowe, Jr.*, for plaintiff in error.
*L. H. Hilton, Hilton & Hilton*, contra.